UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MILES ERICK HAYES, an individual,<br><br>Plaintiff,<br><br>v.<br><br>WALMART INC., a foreign profit corporation,<br><br>Defendant. | NO: 1:21-CV-3077-TOR<br><br>ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulation of Dismissal (ECF No. 10). The parties stipulate and agree that all claims against Walmart Inc. may be dismissed in their entirety, with prejudice, and without costs and/or attorney fees to any party.

**ACCORDINGLY, IT IS HEREBY ORDERED**:

1. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the Parties' stipulation, all claims and causes of action in this matter are **DISMISSED** with prejudice and without costs and/or fees to any party.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

2. All hearing dates and deadlines are **VACATED**.

The District Court Executive is directed to enter this Order and Judgment of Dismissal, furnish copies to counsel, and **CLOSE** the file.

DATED February 15, 2022.



THOMAS O. RICE
United States District Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2