AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| MILES ERICK HAYES,<br>*Plaintiff*<br>v.<br>WALMART, INC.,<br>*Defendant* | )<br>)<br>)   Civil Action No.  1:21-CV-3077-TOR<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) all claims and causes of action in this matter are DISMISSED with prejudice and without costs and/or fees to any party.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  THOMAS O. RICE
   on the Parties' Stipulation of Dismissal.  ECF No. 10.

Date:  February 15, 2022

                                                      *CLERK OF COURT*

                                                      SEAN F. McAVOY

                                                      *s/ B. Fortenberry*
                                                      *(By) Deputy Clerk*
                                                      B. Fortenberry